PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2015

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Boutillier, Aaron | Docket No. | 0980 1:15-cr-02044-SAB-3 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Aaron Boutillier, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 1st day of July, 2015 under the following conditions:

Condition #9: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.  Defendant may not possess or use marijuana, regardless of whether Defendant has been prescribed a medical marijuana card.

Condition #17: Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by:

Violation #1: Consuming controlled substance, heroin, on or about October 14, 2015.

Violation #2: Attempting to obstruct and/or tamper with required random urine testing on October 14, 2015.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:        October 20, 2015

by        s/Linda Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS
[  ]     No Action
[  ]     The Issuance of a Warrant
[ X ]    The Issuance of a Summons
[  ]     The incorporation of the violations contained in this
         petition with the other violations pending before the
         Court.
[  ]     Defendant to appear before the Judge assigned to the case.
[ X ]    Defendant to appear before the Magistrate Judge.
[  ]     Other

_____
Signature of Judicial Officer

_____10/20/2015_____
Date