PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 18 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.        Boutillier, Arron        Docket No.    0980 1:15-cr-02044-SAB-3

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Aaron Boutillier, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 1st day of July, 2015 under conditions of pretrial release including the following condition:

Condition #9: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether Defendant has been prescribed a medical marijuana card.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by:

Violation #1: Consuming controlled substances, morphine and codeine, on or about November 10, 2015.

Violation #2: Consuming controlled substance, morphine on or about November 12, 2015.

Violation #3: Failing to call and/or show for required drug testing at Merit Resources Services on November 17, 2015.

PRAYING THAT THE COURT WILL ISSUE A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    November 18, 2015

by    s/Linda Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_James P. Hutton_
Signature of Judicial Officer

11/18/15
Date